FILED LT
JUL 25 2016 EW
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Plaintiff<br>Jimmy Ollie<br>v.<br>Chicago Police Dept.<br>Defendant | )<br>)<br>)<br>)<br>)<br>) | Case No.: 1:14-CV-08528<br>Judge: Edmond E. Chang<br>Magistrate Judge: Maria Valdez |

### Plaintiff's Motion

Relief from Judgment pursuant to F.R.C.P 60(b)(6)

Plaintiff, Jimmy Ollie, *pro se*, respectfully requests that this Court set aside it's 2/24/15 order dismissing this set ~~aside case~~ case for want of prosecution

and in support thereof, states as follows:

1. filed 10/28/14 on my behalf by my family.

2. This court dismissed that case 2/24/16 for want of prosecution.

3. I was incarcerated 9/18/14 - 5/15/15.

4. I did not receive notice of dismissal until 4/5/15. (Exhibit)

5. In January 2016, I attempted to continue to pursue this case against defendants and

6. Mistakenly filed a new lawsuit (1:16 cv 0643),

7. On 2/11/16, I filed a document, in this case explaining the circumstances relating to the dismissal.

8. I was moved around Cook County, then shipped to Vienna Ill., so it took a very long time for my mail to catch up with me.

9. I don't know anything about the law system. This is my first time going through this process. I didn't know what was going on, & was getting insufficient counseling from the lawyer I had.

10. Going over the court notes, it says I didn't return a form. I don't know what form they are referring to. The jail was over crowded, & I was moved around. There is still mail I haven't received that was sent there.

11. I see a psychiatrist once to twice a month, and I also have to take medication for mental problems.

12.

13.

14.

15.

WHEREFORE, Plaintiff respectfully asks that this Honorable Court GRANT (his)/her Motion _for relief from Judgment, set aside it's 2/24/15 dismissal and reinstate the suit._

and any and all other relief it deems just and equitable.
↑ grant him

Respectfully submitted,

Jimmy Ollie
Print name:

Address: 15 W. 107th ST
Chicago IL
60628

Phone: 773-454-1775




5-C-4-A
Jimmy Ollie # 50469
6695 route 146 Unit 5C
4a Vienna IL 62995

Exhibits

Honorable Judge Chang

I spoke with the lawyer and she went over the documents you sent and pointed out some things that you did and somethings you were patient about and i want to say thank you for being and living up to the honorable name and working with me.

I ask can you give me this last chance to show you I'm 100% ready to proceed with my civil case, and to show you your patience wasn't in vain. Please can you reverse your decision based on mail i haven't received and things i did not know about.

Thank You Honorable Judge Chang

*Jemmy Ottr*